ACCEPTED
06-14-00148-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2015 3:45:18 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/2/2015 3:45:18 PM

DEBBIE AUTREY
Clerk

KEVIN FAHRNI,

      Appellant

v.

                                      NO. 06-14-00148-CR
                                    Trial Court #10F484-005

STATE OF TEXAS,

      Appellee

## MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Kevin Fahrni**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.    This case is pending from the 5th Judicial District Court of Bowie County, Texas. The date of the Judgment is June 6, 2014, with sentence being imposed by the trial court on June 6, 2014.

B.    The case was styled, "State of Texas v. Kevin Fahrni, Cause No. 10 F 0484 005.

C.    Appellant was convicted of the offense of Aggravated Sexual Assault -

Child.

D.    Punishment was assessed by the jury to 50 years in the Institutional Division of the Texas Department of Criminal Justice.

E.    There were two extensions granted to the Court Reporter. The Appellant's Brief is due to be filed March 2, 2015.

F.    Appellant requests an extension of the filing of Appellant's Brief Forty-Five (45) days, making the Appellant's Brief due on April 16, 2015.

G.    Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court. However, due to counsel's preparation in one criminal jury trial styled the State of Arkansas v. Tim Howard, Cause Number CR-97-105, in the Circuit Court of Little River County, Arkansas, counsel has had insufficient time to complete Appellant's brief. This matter is a re-trial of a double capital murder that was originally tried in 1998. Counsel for Appellant is the Chief Deputy Prosecutor for 9 West Judicial District where this matter is pending. The original trial had over 30 witnesses, all of whom have had to be re-contacted and re-interviewed before trial. This matter was originally set for jury selection to begin on March 2nd, however, on February 24th, the trial court granted a continuance because of the unavailability of a

material witness due to health reasons. Currently the trial is set to begin with jury selection on April 23rd.

H.  There have been no previous requests for extensions in this cause.

I.  Counsel for Appellant has contacted the Assistant Criminal District Attorney for Bowie County, Texas, who is assigned to this matter and she has no objection to the request of the Appellant.

J.  Counsel has communicated with Appellant and Appellant does not object to the continuance being granted.

## II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

/s/ Alwin A. Smith
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street

Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Ms. Kelley Crisp, 601 Main Street, Texarkana, Texas, on this the _27th _ day of February 2015.

/s/ Alwin A. Smith
Alwin A. Smith